IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 14 2006

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 01-cv-00815-WYD-CBS

Ralph B. Takemire,
    Petitioner,

vs.

Colorado Attorney General, et al.,
    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 13th day of April, 2006.

BY THE COURT:

Wiley Y. Daniel, Judge

Re:  01-cv-00815-WYD-CBS

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Judge, Wiley Y. Daniel, was mailed to the following on _April 14, 2006_.

Arapahoe County District Court
Arapahoe County Justice Center
7325 South Potomac Street
Centennial, Coloraddo 8012

By: _____
Deputy Clerk